UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| William Earl Watkins, | Case No. 25-cv-4329 (MJD/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| U.S. Foods Holding Corp., | |
| Defendants. | |

---

This matter is before the Court on Plaintiff William Earl Watkins' Motion to Amend the Complaint ("Motion") (ECF No. 12). Mr. Watkins is suing Defendant U.S. Foods Holding Corporation for allegedly firing him unlawfully. (ECF No. 1-1 at 9.) Mr. Watkins initiated this action in Minnesota state court, and Defendant removed it to federal court. (ECF No. 1.) On November 20, 2025, Defendant filed a Motion to Dismiss. (ECF No. 5.) Mr. Watkins filed his Motion on December 3, 2025 in response to Defendant's Motion to Dismiss. (ECF No. 12.) His Motion seeks to supplement his Complaint with new allegations. (ECF No. 12 at 4.)

Mr. Watkins may amend his Complaint as a matter of course and without the Court's leave because: (1.) this is his first amendment; and (2.) he is seeking to amend the Complaint within 21 days of being served with Defendant's Motion to Dismiss. *See* Fed. R. Civ. P. 15(a)(1)(B). But under the District of Minnesota's Local Rules, he may not amend his Complaint through supplementation. *See* LR 15.1(a). Instead, Mr. Watkins must file his Amended Complaint as a separate, free-standing document that contains *all* the allegations he wishes to make in this matter.[1] It may not refer to or seek to incorporate any allegation in his original Complaint, and it may not be

---

[1] Once Mr. Watkins files his Amended Complaint, his original Complaint will cease to be operative and none of the allegations it contains will be considered by the Court in the future.

attached to a motion or other pleading.  For these reasons, the Motion is **GRANTED IN PART**.  The Court directs Mr. Watkins to file his Amended Complaint, in compliance with the above requirements, on or before **December 18, 2025**.

The Court also directs Mr. Watkins to review Local Rule 7.1(a) and the undersigned Magistrate Judge's practice pointers, https://www.mnd.uscourts.gov/sites/mnd/files/DJF.pdf.  These rules require Mr. Watkins to meet and confer with opposing counsel *in good faith* in an effort to resolve potential disputes regarding any motion he intends to file *before* he files it.   If the parties agree on the requested relief, he must indicate that the motion is unopposed at the time of filing it.  If the parties disagree, he must contact the Court and request a hearing date before filing the motion, and he must file a notice of hearing and a meet-and-confer statement at the time of filing.  Mr. Watkins is cautioned that the Court may deny any future motion that does not follow Rule 7.1(a).

Finally, the District of Minnesota provides resources to pro se litigants on its website at www.mnd.uscourts.gov/representing-yourself.  This webpage includes links to the Federal Rules of Civil Procedure, the Local Rules, a Pro Se Civil Guidebook and other resources.  The Court encourages Mr. Watkins to review these materials and familiarize himself with the rules of the Court.

**IT IS SO ORDERED.**

Dated:  December 4, 2025                           *s/ Dulce J. Foster*
                                                                   Dulce J. Foster
                                                                   United States Magistrate Judge